IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED
NOV 15 2024
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) INFORMATION |
| Plaintiff, | ) |
| v. | ) CASE NO. 5:24 CR 00437 |
| KIM A. KESLAR, | ) Title 18, United States Code, |
| | ) Section 641 |
| Defendant. | ) |

COUNT 1
(Theft of Government Property, 18 U.S.C. § 641)

The United States Attorney charges:

From in or around October 2011 to in or around February 2020, in the Northern District of Ohio, Eastern Division, Defendant KIM A. KELSAR, in a continuing course of conduct, willfully and knowingly did steal, purloin, convert to her own use, and without authority, dispose of property of the United States exceeding $1,000.00 in value, belonging to the Social Security Administration, an agency of the United States, to wit: Title II Retirement Insurance benefits, in the amount of approximately $72,712.79, in violation of Title 18, United States Code, Section 641.

REBECCA C. LUTZKO
United States Attorney

By: _____
KELLY L. GALVIN
Chief, General Crimes Unit