# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 5:24-cr-00437 |
| Plaintiff, | ) ) ) | JUDGE DAVID A. RUIZ |
| vs. | ) ) | ORDER ACCEPTING PLEA AGREEMENT, JUDGMENT AND |
| KIM A. KESLAR, | ) ) | REFERRAL TO U.S. PROBATION OFFICE |
| Defendant. | ) ) |  |

This case is before the Court on a Report and Recommendation (R&R) filed by United States Magistrate Judge Jennifer Dowdell Armstrong regarding the change of plea hearing of Kim A. Keslar which was referred to the Magistrate Judge with the consent of the parties.

On November 15, 2024, the Government filed a one count Information, charging Defendant Kim A. Keslar with Theft of Government Property, in violation of Title 18 U.S.C. § 641. Defendant Kim A. Keslar was arraigned on December 4, 2024, and Magistrate Judge Jennifer Dowdell Armstrong received Defendant Kim A. Keslar's plea of guilty to Count 1 of the Information, with plea agreement, and issued the R&R, concerning whether the plea should be accepted and finding of guilty entered.

Neither party submitted objections to the Magistrate Judge's R&R.

On de novo review of the record, the Magistrate Judge's R&R is adopted. Defendant Kim A. Keslar is found to be competent to enter a plea and to understand her constitutional rights. She is aware of the charges and of the consequences of entering a plea. There is an adequate factual basis for the plea. The Court finds the plea was entered knowingly, intelligently, and voluntarily. The plea agreement is approved.

Therefore, Defendant Kim A. Keslar is adjudged guilty of Count 1 of the Information with Theft of Government Property, in violation of Title 18 U.S.C. § 641. This matter was referred to U.S. Pretrial Services and Probation Office for the completion of a pre-sentence investigation and report.  Sentencing will take place as scheduled in Courtroom 17B, Carl B. Stokes United States Court House, 801 West Superior Avenue, Cleveland, Ohio.

IT IS SO ORDERED.

                                               *s/David A. Ruiz*     May 7, 2025
                                               DAVID A. RUIZ
                                               UNITED STATES DISTRICT JUDGE